**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**CENTRAL DIVISION**

| | |
|---|---|
| In Re:<br>Lester W. Paquin | Case Number 17-41977-CJP<br>Chapter 13 |

**ASSENTED TO MOTION TO CONTINUE HEARING(S) ON OBJECTION OF MTGLQ INVESTORS, L.P. TO DEBTOR'S CHAPTER 13 PLAN [DOC. NO. 21] AND DEBTOR'S OBJECTION TO PROOF OF CLAIM NO. 2 [DOC. NO. 28], AND REQUEST FOR EXPEDITED CONSIDERATION**

Now comes MTGLQ Investors, L.P. ("Secured Creditor") and respectfully requests that the hearings currently scheduled for Tuesday, October 23, 2018 at 1:30PM be continued for an additional period of approximately forty-five (45) days, or to some other date and time that this Court deems just and proper.

As grounds for this Motion, Secured Creditor states that it remains the intent of the parties to resolve these matters via consensual loss mitigation or otherwise. However, the process of discussing such resolution(s) has been lengthened due to the recent service-transfer of the subject mortgage loan from Shellpoint Mortgage Servicing ("Shellpoint") to SN Servicing Corporation ("SN"). Undersigned counsel is also awaiting further instructions from the new servicer (and/or investor, as applicable) as to his ongoing representation of same. The Debtor (through his counsel) has indicated that it remains his intention to seek a loan modification with the current servicer once the loan has been completely booked on its system.

WHEREFORE, Secured Creditor respectfully requests that the hearings on these matters be continued for an additional period of approximately forty-five (45) days. Debtor's Counsel, Attorney Vladimir Von Timroth, has assented to the filing of this Motion. Secured Creditor acknowledges that this Motion is being filed untimely per MLBR 5071-1, but believes that a continuance of the hearing presently is warranted and is in the interest of judicial economy. In light of the untimeliness of this Motion, expedited consideration of same is respectfully requested.

Dated:  October 22, 2018

    Respectfully submitted,
    MTGLQ Investors, L.P.
    By its attorney,

    /s/ Marcus Pratt
    Marcus Pratt, Esquire
    BBO #684610
    Korde & Associates, P.C.
    900 Chelmsford Street, Suite 3102
    Lowell, MA 01851
    Tel: (978) 256-1500
    bankruptcy@kordeassociates.com

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION**

| In Re: | Case Number 17-41977-CJP |
| Lester W. Paquin | Chapter 13 |

**CERTIFICATE OF SERVICE**

I, Marcus Pratt, Attorney for **MTGLQ Investors, L.P.** hereby certify that on October 22, 2018 I electronically filed the foregoing *Assented to Motion to Continue, with Request for Expedited Consideration* with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the forgoing documents on the following CM/ECF participants:

Richard King, Assistant U.S. Trustee
Denise M. Pappalardo, Trustee
Vladimir Von Timroth, Esquire

I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non-CM/ECF participants:

Lester W. Paquin
120 Pleasant Street
Barre, MA 01005

> /s/ Marcus Pratt
> Marcus Pratt, Esquire
> BBO #684610
> Korde & Associates, P.C.
> 900 Chelmsford Street, Suite 3102
> Lowell, MA 01851
> Tel: (978) 256-1500
> bankruptcy@kordeassociates.com