

10/22/2018 ALLOWED. HEARING CONTINUED TO 12/18/2018 AT 1:00 P.M. BY AGREEMENT OF THE PARTIES. MOVANT TO SERVE NOTICE OF THE CONTINUED HEARING ON ALL PARTIES IN INTEREST AND FILE A CERTIFICATE OF SERVICE EVIDENCING THE SAME.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**CENTRAL DIVISION**

| In Re: | Case Number 17-41977-CJP |
| Lester W. Paquin | Chapter 13 |

**ASSENTED TO MOTION TO CONTINUE HEARING(S) ON OBJECTION OF MTGLQ INVESTORS, L.P. TO DEBTOR'S CHAPTER 13 PLAN [DOC. NO. 21] AND DEBTOR'S OBJECTION TO PROOF OF CLAIM NO. 2 [DOC. NO. 28], AND REQUEST FOR EXPEDITED CONSIDERATION**

Now comes MTGLQ Investors, L.P. ("Secured Creditor") and respectfully requests that the hearings currently scheduled for Tuesday, October 23, 2018 at 1:30PM be continued for an additional period of approximately forty-five (45) days, or to some other date and time that this Court deems just and proper.

As grounds for this Motion, Secured Creditor states that it remains the intent of the parties to resolve these matters via consensual loss mitigation or otherwise. However, the process of discussing such resolution(s) has been lengthened due to the recent service-transfer of the subject mortgage loan from Shellpoint Mortgage Servicing ("Shellpoint") to SN Servicing Corporation ("SN"). Undersigned counsel is also awaiting further instructions from the new servicer (and/or investor, as applicable) as to his ongoing representation of same. The Debtor (through his counsel) has indicated that it remains his intention to seek a loan modification with the current servicer once the loan has been completely booked on its system.

WHEREFORE, Secured Creditor respectfully requests that the hearings on these matters be continued for an additional period of approximately forty-five (45) days. Debtor's Counsel, Attorney Vladimir Von Timroth, has assented to the filing of this Motion. Secured Creditor acknowledges that this Motion is being filed untimely per MLBR 5071-1, but believes that a continuance of the hearing presently is warranted and is in the interest of judicial economy. In light of the untimeliness of this Motion, expedited consideration of same is respectfully requested.